UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION



| | | |
|---|---|---|
| MID-MICHIGAN COMPUTER SYSTEMS, | ) ) ) | |
| Plaintiff | ) ) | Civil Action No. 1:00-CV-3117 |
| vs. | ) ) ) | Judge O'Malley |
| MARC GLASSMAN, INC., | ) ) | |
| Defendant | ) | VERDICT FORM |

A. Claim for Misappropriation of Trade Secrets.

1. Do you find by a preponderance of the evidence that defendant MGI misappropriated trade secrets from plaintiff Mid-Michigan?

    (YES)   NO    (CIRCLE YOUR ANSWER IN INK)

    *If you answered "yes," please move to Question 2. If you answered "no," please move to Question 4.*

2. Please write the amount of compensatory damages that Mid-Michigan proved, by a preponderance of the evidence, it is owed by MGI for misappropriation of trade secrets.

    $ _2,000,000.00_

    *If you entered an amount greater than zero, please move to Question 3. If you entered zero, please move to Question 4.*

3. Please write the amount of punitive damages that Mid-Michigan proved, by clear and convincing evidence, it is owed by MGI for misappropriation of trade secrets. (This amount cannot exceed three times the amount written in answer to Question 2.)

   $ #5,000,000.00

   *Please move to Question 4.*

4. Please sign and date the verdict form.

   _____  _____
   Thoms D. Owens              Ellen J. [signature]
   _____  _____
   Charles Iree                Carrie B. Slaughter
   _____  _____
   [signature] LaCoe           Janice Mousher
   foreperson                  _____
                               Miller
   _____7/15/03_____         FOREPERSON
   date

   *Please move to Question 5.*

B. Claim for Fraud.

5. Do you find by a preponderance of the evidence that defendant MGI committed a fraud against plaintiff Mid-Michigan?

   (YES)  NO   (CIRCLE YOUR ANSWER IN INK) 

   *If you answered "yes," please move to Question 6. If you answered "no," please move to Question 8.*

6. Please write the amount of compensatory damages that Mid-Michigan proved, by a preponderance of the evidence, it is owed by MGI for fraud.

   $ #10,000.00

   *If you entered an amount greater than zero, please move to Question 7. If you entered zero, please move to Question 8.*

7.  Please write the amount of punitive damages that Mid-Michigan proved, by clear and convincing evidence, it is owed by MGI for fraud.

    $ *#25,000.00*

    *Please move to Question 8.*

8.  Please sign and date the verdict form.

    _[signatures]_
    foreperson

    date 7/16/03

    *Please move to Question 9.*

C. Breach of Software License Agreements.

9.  Do you find by a preponderance of the evidence that defendant MGI committed a breach of Software License Agreements between the parties?

    (YES)   NO    (CIRCLE YOUR ANSWER IN INK)

    *If you answered "yes," please move to Question 10. If you answered "no," please move to Question 11.*

3

10. Please write the amount of compensatory damages that Mid-Michigan proved, by a preponderance of the evidence, it is owed by MGI for breach of Software License Agreements.

    $ 280,000.00

    *Please move to Question 11.*

11. Please sign and date the verdict form.

    *[signatures]*
    foreperson

    7/16/03
    date

    *Please move to Question 12.*

D. Breach of Technical Support Agreements.

12. Do you find by a preponderance of the evidence that defendant MGI committed a breach of Technical Support Agreements between the parties?

    (YES)   NO     (CIRCLE YOUR ANSWER IN INK)

    *If you answered "yes," please move to Question 13. If you answered "no," please move to Question 14.*

4

13. Please write the amount of compensatory damages that Mid-Michigan proved, by a preponderance of the evidence, it is owed by MGI for breach of Technical Support Agreements.

   $ __32,795.79__

   *Please move to Question 14.*

14. Please sign and date the verdict form.

   _[signatures]_
   forepe*r*son

   date __7/16/03__

   *Please move to Question 15.*

E. Counterclaim for Money Had and Received.

15. Do you find by a preponderance of the evidence that defendant MGI paid for more than the value of the services actually performed by Mid-Michigan?

   YES  (NO)  (CIRCLE YOUR ANSWER IN INK)

   *If you answered "yes," please move to Question 16. If you answered "no," please move to Question 17.*

5

16. Please write the amount of compensatory damages that MGI proved, by a preponderance of the evidence, it is owed by Mid-Michigan for money had and received.

    $ — 0 —

    *Please move to Question 17.*

17. Please sign and date the verdict form.

    [signatures of jurors]

    foreperson

    date 7/16/03

6